IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHAWN HARDIN GORE                                                PLAINTIFF

v.                         No. 4:24-cv-881-DPM

DOES                                                            DEFENDANTS

## ORDER

Gore has not filed an amended complaint as directed and his time to do so has expired, *Doc. 3*. His complaint will therefore be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*W.P.Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 January 2025