IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHAWN HARDIN GORE                                              PLAINTIFF

v.                          No. 4:24-cv-881-DPM

DOES                                                          DEFENDANTS

## JUDGMENT

Gore's complaint is dismissed without prejudice.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 January 2025